

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
__EASTERN__ DIVISION

Louis Neal Zeigenbein
#1169778

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

v. Centurion et, al.
Laurel Raines, Syndee Serr,
Natalie Booth, Kaitlyn Huff,
Jerry Lovelace, Philip Tippen

*(Write the full name of each defendant. The caption must include the names of __all__ of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
[X] Yes  [ ] No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

I. The Parties to this Complaint

A. The Plaintiff

Name: Louis Neal Zeigenbein

Other names you have used: n/a

Prisoner Registration Number: 1169778

Current Institution: Farmington Correctional Center
1012 W. Columbia St.
Farmington, Mo. 63640

Indicate your prisoner status:

- [ ] Pretrial detainee
- [X] Convicted and sentenced state prisoner
- [ ] Civilly committed detainee
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee
- [ ] Other (explain): _____

B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Laurel Raines

Job or Title: Nurse Practitioner

Badge/Shield Number: n/a

Employer: Centurion Health Care, Inc.

Address: 5201 S. Morley St. Moberly, Mo. 65270

__X__ Individual Capacity      __X__ Official Capacity

(Last Known Address)

2

Defendant 2

Name: Syndee Serr

Job or Title: Nurse Practitioner

Badge/Shield Number: N/A

Employer: Centurion Health Care, Inc.

Address: 5201 S. Morley St. Moberly, Mo. 65270

__X__ Individual Capacity          __X__ Official Capacity

(See attachment of defendants #3-6.)

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the FACTS that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

See attachment pg. 7

3

**Defendant 3**

Natalie Booth
Health Service Administrator
Centurion Health Care, Inc.
5201 S. Morley St., Moberly, Mo. 65270

__X__ Individual Capacity __X__ Official Capacity

**Defendant 4**

Kaitlyn Huff
Licensed Practicing Nurse
Centurion Health Care, Inc.
5201 S. Morley St.
Moberly, Mo. 65270

__X__ Individual Capacity __X__ Official Capacity

**Defendant 5**

Jerry Lovelace
Medical Doctor

- 4 -

Centurion Health Care, Inc.
1400 Edgewood Drive    (last known address)
Jefferson City, Mo. 63109

__X__ Individual Capacity __X__ Official Capacity


Defendant 6

Philip Tippen
Medical Doctor
Centurion Health Care, Inc.
1400 Edgewood Drive
Jefferson City, Mo. 63109    (last known address)

__X__ Individual Capacity __X__ Official Capacity

see attachment pg. 7

### III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

see attachment pg. 11

x. 6 -

## 11. STATEMENT OF CLAIMS

Approximately, August 15, 2022 to April 23, 2024. Moberly medical personnel of said named defendants, and doctors in Jefferson City, Mo. (Centurion Health Care, Inc). Misdiagnosed my serious medical condition, (Marfan Syndrome). This type of action has violated my Eighth and Fourteenth Amendment of the United States Constitution, and Due Process of Law. Said named defendants are grossly incompetent along with inadequate care by deliberately denying and/or not properly diagnosing my serious medical condition. before I was transferred on April 23, 2024 from Moberly Correctional Center to Farmington Correctional Center.

On approximately of May 2024. Nurse Practitioner Shannon Toole diagnoses me having Marfan Syndrome, and Ortho-Static Hypotension. A rare disorder of connective tissue, resulting in abnormalities of the eyes, bones, heart, blood vessels, and central nervous system. Also, when lying, sitting to standing my blood pressure will increase/decrease. to heart not able to pump efficiently.

-7-

On 5 different occasions, by the Nurse Practitioners. I was cleared of a stroke 5 times. Multiple test were done, results were normal! The test were checking for: stroke, normal sinus rhythm, A-Fib, and heart attack.

Several occassions I wrote to Ms. Booth expressing my concerns on my symptoms I was experiencing while standing, walking, any type of exertion. Why I could not be sent out to a Cardiologist for a proper assessment/diagnosis of my serious medical condition. Ms. Booth's response was that <u>All</u> of your test are normal. The providers are Qualified Licensed Physicians are seeing, treating, testing you on several occasions. All these test were normal. Ms. Booth was passing out medication in the wing. Ms. Booth informs me that I will be transferring to Farmington Correctional Center, quoting, "they will fix you!" I asked Ms. Booth, this is a medical camp. Why did this camp not fix the complaints I was having. No response!

Nurse Kaitlyn Huff on numerous occasions during sick call informs me that all my test, blood work is normal! I have put several HSR's

in about my symptoms I was having, and now swelling in my legs and ankles. Ms. Huff says that I have slight edema, nothing to worry about. I requested to be seen by the provider. No appts. were scheduled. Ms. Huff on numerous occasions says that I need to be seen by Mental Health. You (me) have anxiety, it's all in your (me) head. Ms. Huff refuses to put me in to see the providers.

    Medical doctor's, Jerry Lovelace and Philip Tippen oversee and approve all outcount appointments with different specialist. The two doctor's base there decision on what the providers request are. Most times these request are denied. This causes me to have to go to sick call, then see a provider, prolonging treatment. The providers do not notify me if the test(s) are denied. Dr. Tippen came to the facility to treat my symptoms. Dr. Tippen only based his discovery on what the providers noted. Dr. Tippen does not properly assess my condition, but says that he (Dr.) wants to check my caratoid arteries, due to me not getting blood to my head. I asked the doctor if this test will be done lying down, Yes!

I mention to the doctor that the test will be normal. The test was normal. I mentioned to the doctor that when I lay down, I have no symptoms. My symptoms start when I stand, walk, anytype of exertion. The doctor says, "let's see what the test says!"

I have mentioned to the providers on numerous occassions that my symptoms start when I stand, walk, anytype of exertion. I have a family history of heart disease, and cancer. I stated that when I was 29 years old I was diagnosed with Thoracic Outlet Syndrome. When I was 15 years old I grew 8 inches in 6 months. I mentioned could I have Marfan Syndrome, No! Numerous times I am told by the Providers: I do not know what is wrong with you. I am not sending you on outcount to see a specialist. This takes time to figure something out, as to what to do. Referred me to Mental Health for anxiety on several occassions. To 'STOP' seeing me.

I am transferred to Farmington Correctional Center on May of 2024.

Ms. Shannon Toole expressed concern that the providers at MCC could not, nor did not diagnose me as having Marfan Syndrome. Ms. Toole expressed concern on the medication MCC had me on. Ms. Toole claims I was given the wrong medication. I mentioned that I stopped taking the medication due to several doctors mentioning the medication I was on, "All" of my levels were normal. Ms. Toole says she will be prescribing the correct medication that should help me.

In January of 2025, I am informed by Ms. Toole there will NOT be anymore testing done, except every six month to a year checking my blood work, echo-cardiogram, monitor my condition. Due to me having an outdate of September 2026.

### III. Injuries

To present date. The eye doctor is monitoring my left eye. The axis has tilted 10°, and the muscles on the retina. The doctor mentions that I can go blind in my left eye.

The eye doctor mentions that the eyes are one of several ways to know a person has Marfan Syndrome.

I am losing teeth on the left side of my upper and lower jaw. Severe bone overgrowth on my bottom jaw that will require surgical removal before I can receive a partial or dentures.

At times I have difficulty swallowing, and become severely hoarse. This may be from the aneurysm on the aorta off of the heart puts pressure on the esophagus, which carries food to the stomach. Hoarseness may result from pressure on the nerve to the voice box (Larynx). Many times I have mentioned to the providers, when I am standing, walking, exertion I become very hoarse. When I lay down to rest for approximately 30 minutes the hoarseness is gone.

The C6-C7 disk is deteriorating, to only be told that surgery does not fix everything. I am given muscle rub, capzacin, stretch the muscles. I have disc fusion on C5-C6.

I have issues with the bone(s) in both feet, but told within exceptable limits with arthritis. The sharp pain in my feet is not arthritis. The pain will shoot up my leg.

I have vasicular disease in both legs, with edema present. I wear compression stockings. I have sharp burning pain that periodically happens in both legs.

I am not able to work due to Marfan Syndrome and Ortho-Static Hypotension. I have palpatations frequently, fatigued, cramps in muscles, joints, and in my legs. I get tired easily. I am told to drink plenty of water.

I have very sharp pains in my chest, but EKG is always normal. I questioned on several occasions could I have blood clots, and/or the valves on my heart leaking. My heart is not able to pump blood adequately. When I eat my heart beats harder to get blood to my stomach to digest the food. This may cause blood to be cut off to vital organs. How much damage has been done? to my organs.

Treatment is aimed at fixing abnormalities before dangerous complications develop.

The most dangerous complications develop in the heart and lungs. Weakness may develop in the connective tissue of the wall of the body's main artery, the aorta. The weakened wall may result in blood seeping between the layers of the aorta's wall (aorta dissection) or a bulge (aneurysm), which can rupture.

If the aorta gradually widens, the aortic valve may begin to leak. The mitral valve may leak or become prolapsed. The heart valve abnormalities can impair the heart's ability to pump blood.

Aortagraphy or CT angiography is usually done to help doctors determine what type of surgery, if any, is needed.

Because I am a state prisoner, I am only entitled to basic medical care. There shall be an exception as long as this Court intervenes and request medical to refer me to a specialist.

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. Be seen by a licensed Cardiologist due to misdiagnosis, negligence, deliberate Indifference, and malpractice to a serious medical condition. Due Process of Law. Any other treatment this Court deems proper and just. I am requesting Disciplinary action on said defendants. I am requesting $5 Million Dollars in compensatory damages, and $500,000 in punitive damages to cover any and all expenses due to my unability to work.

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

    A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

        [X] Yes     [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

Moberly Correctional Center 5201 S. Morley St. Moberly, Mo. 65270

    B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

        [X] Yes     [ ] No     [ ] Do not know

    C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

        [X] Yes     [ ] No     [ ] Do not know

If yes, which claim(s)? Due Process of Law, Deliberate Indifference, negligence, malpractice. To be sent out to a specialist for assessment, testing, and treatment. (blood clots, valves).

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes    [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes    [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

_____

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

See attachments

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

See attachments

*16 -

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

See attachments

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

See Motion: Timeline, Nurse Practitioners, Nurse, and doctor's

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

x -17-

VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

[X] Yes   [ ] No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Eastern District of Missouri
October 24, 2023

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[ ] Yes   [X] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1. Parties to the previous lawsuit

   Plaintiff  Louis N. Zeigenbein

   Defendant(s) Laurel Raines, Mylesstrid, Anne Precythe, Centurion

2. Court (*if federal court, name the district; if state court, name the state and county*)

   Eastern District of Missouri

3. Docket or case number  2:23-cv-00038-RHH

4. Name of Judge assigned to your case  Henry Edward Autrey

x -34-

5. Approximate date of filing lawsuit __March 2023__

6. Is the case still pending?

   ☐ Yes

   ☒ No (*If no, give the approximate date of disposition*): __10-24-2023__

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?) __Dismissed without prejudice. I did not appeal this case.__

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes   ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff __N/A__

   Defendant(s) __N/A__

2. Court (*if federal court, name the district; if state court, name the state and county*)




3. Docket or case number __N/A__

4. Name of Judge assigned to your case __N/A__

5. Approximate date of filing lawsuit __N/A__

6. Is the case still pending?

    [ ] Yes

    [ ] No (*If no, give the approximate date of disposition*):_____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

    N/A

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of May, 2025.

Signature of Plaintiff   *Louis Neal Zeigub*

X-36-